# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

DANIEL I. IWEGBU                                                                                              PLAINTIFF
Reg. No. 22600-077

v.                                              2:04CV00114 GH/HDY

M. TIPTON, Unit Manager, FCI-FC                                                              DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 29th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE